COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Kevin James Pitre
CBD - Upper Right - 13 DOC No. 350660
Louisiana State Penitentiary
Angola, LA 70712

**REHEARING ACTION: September 3, 2014**

**Docket Number: 14   00326-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEVIN JAMES PITRE**

**Writ Application from Evangeline Parish Case No. 65996-FB**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. James T. Genovese**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kevin James Pitre** has this day been

**DENIED.**

cc: Hon. Trent Brignac, Counsel for the Respondent